**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Paul Craig Cobb,<br><br>Plaintiff,<br><br>vs.<br><br>Southern Poverty Law Center, Inc., et al.,<br><br>Defendants. | **AMENDED ORDER**<br><br>Case No. 1:26-cv-354 |

Plaintiff initiated the above-captioned action *pro se* on October 9, 2026, with the filing of a complaint and six attachments, one of which was marked "Exhibit A." (Doc. No. 1 and Doc. No. 1-5).

On October 30, 2026, Plaintiff filed an "Emergency Motion to Correct Record Alteration and Manipulation" along with a revised "Exhibit A." (Doc. Nos. 8 and 8-1). In the motion he asserts that the Clerk's office intentionally failed to scan and file the original "Exhibit A" in its entirety as it is missing "19 Randolph Dilloway certified police report pages." He seeks leave to correct the record and file these missing pages.

Plaintiff has filed a revised "Exhibit A" that contains the "19 Randolph Dilloway certified police report pages." (Doc. No. 8-1). As the "19 Randolph Dilloway certified police report pages" have now been filed and are part of the record, Plaintiff's "Emergency Motion to Correct Record Alteration and Manipulation" (Doc. No. 8) is deemed **MOOT**.

Dated this 16th day of November, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court